**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| REVLON, INC., | Case No. 22-10760 (DSJ) |
| Debtor. | |
| Tax I.D. No. 13-3662955 | |
| In re: | Chapter 11 |
| ALMAY, INC., | Case No. 22-10770 (DSJ) |
| Debtor. | |
| Tax I.D. No. 13-3721920 | |
| In re: | Chapter 11 |
| ART & SCIENCE, LTD., | Case No. 22-10774 (DSJ) |
| Debtor. | |
| Tax I.D. No. 36-4237044 | |
| In re: | Chapter 11 |
| BARI COSMETICS, LTD., | Case No. 22-10786 (DSJ) |
| Debtor. | |
| Tax I.D. No. 45-5569710 | |
| In re: | Chapter 11 |
| BEAUTYGE BRANDS USA, INC., | Case No. 22-10795 (DSJ) |
| Debtor. | |

| | | |
|---|---|---|
| Tax I.D. No. 84-1445135 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| BEAUTYGE I, | ) | Case No. 22-10801 (DSJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 98-4074486 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| BEAUTYGE II, LLC, | ) | Case No. 22-10803 (DSJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 84-2555893 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| BEAUTYGE U.S.A., INC., | ) | Case No. 22-10800 (DSJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 52-2223071 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| BRANDCO ALMAY 2020 LLC, | ) | Case No. 22-10762 (DSJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 85-2388643 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| BRANDCO CHARLIE 2020 LLC, | ) | Case No. 22-10764 (DSJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 85-2402013 | ) | |

2

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| BRANDCO CND 2020 LLC, | ) | Case No. 22-10767 (DSJ) |
| Debtor. | ) | |
| Tax I.D. No. 85-2417509 | ) | |
| In re: | ) | Chapter 11 |
| BRANDCO CURVE 2020 LLC, | ) | Case No. 22-10771 (DSJ) |
| Debtor. | ) | |
| Tax I.D. No. 85-2454055 | ) | |
| In re: | ) | Chapter 11 |
| BRANDCO ELIZABETH ARDEN 2020 LLC, | ) | Case No. 22-10773 (DSJ) |
| Debtor. | ) | |
| Tax I.D. No. 85-2473429 | ) | |
| In re: | ) | Chapter 11 |
| BRANDCO GIORGIO BEVERLY HILLS 2020 LLC, | ) | Case No. 22-10777 (DSJ) |
| Debtor. | ) | |
| Tax I.D. No. 85-2498443 | ) | |
| In re: | ) | Chapter 11 |
| BRANDCO HALSTON 2020 LLC, | ) | Case No. 22-10780 (DSJ) |
| Debtor. | ) | |
| Tax I.D. No. 85-2539931 | ) | |

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| BRANDCO JEAN NATE 2020 LLC, | ) ) | Case No. 22-10783 (DSJ) |
| Debtor. | ) ) ) | |
| Tax I.D. No. 85-2568552 | ) ) | |
| In re: | ) ) ) | Chapter 11 |
| BRANDCO MITCHUM 2020 LLC, | ) ) | Case No. 22-10789 (DSJ) |
| Debtor. | ) ) ) | |
| Tax I.D. No. 85-2598746 | ) ) | |
| In re: | ) ) ) | Chapter 11 |
| BRANDCO MULTICULTURAL GROUP 2020 LLC, | ) ) ) | Case No. 22-10792 (DSJ) |
| Debtor. | ) ) ) | |
| Tax I.D. No. 51-0406398 | ) ) | |
| In re: | ) ) ) | Chapter 11 |
| BRANDCO PS 2020 LLC, | ) ) | Case No. 22-10797 (DSJ) |
| Debtor. | ) ) ) | |
| Tax I.D. No. 85-2649091 | ) ) | |
| In re: | ) ) ) | Chapter 11 |
| BRANDCO WHITE SHOULDERS 2020 LLC, | ) ) | Case No. 22-10798 (DSJ) |
| Debtor. | ) ) ) | |
| Tax I.D. No. 85-2656251 | ) ) ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHARLES REVSON INC., | ) | Case No. 22-10802 (DSJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 13-2577534 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CREATIVE NAIL DESIGN, INC., | ) | Case No. 22-10804 (DSJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 95-3448148 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CUTEX, INC., | ) | Case No. 22-10805 (DSJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 61-1812963 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| DF ENTERPRISES, INC., | ) | Case No. 22-10806 (DSJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 51-0406399 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ELIZABETH ARDEN (CANADA) LIMITED, | ) | Case No. 22-10796 (DSJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 98-0565605 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |

| | |
|---|---|
| ELIZABETH ARDEN (FINANCING), INC., | Case No. 22-10807 (DSJ) |
| Debtor. | |
| Tax I.D. No. 80-0048222 | |
| In re: | Chapter 11 |
| ELIZABETH ARDEN (UK) LTD., | Case No. 22-10793 (DSJ) |
| Debtor. | |
| Tax I.D. No. 98-0342936 | |
| In re: | Chapter 11 |
| ELIZABETH ARDEN INVESTMENTS, LLC, | Case No. 22-10808 (DSJ) |
| Debtor. | |
| Tax I.D. No. 46-1314739 | |
| In re: | Chapter 11 |
| ELIZABETH ARDEN NM, LLC, | Case No. 22-10809 (DSJ) |
| Debtor. | |
| Tax I.D. No. 46-3169592 | |
| In re: | Chapter 11 |
| ELIZABETH ARDEN TRAVEL RETAIL, INC., | Case No. 22-10810 (DSJ) |
| Debtor. | |
| Tax I.D. No. 31-1815389 | |
| In re: | Chapter 11 |
| ELIZABETH ARDEN USC, LLC, | Case No. 22-10761 (DSJ) |

6

|  |  |  |
|---|---|---|
| Debtor. | ) ) ) | |
| Tax I.D. No. 46-3104862 | ) ) | |
| In re: | ) ) ) | Chapter 11 |
| ELIZABETH ARDEN, INC., | ) ) | Case No. 22-10763 (DSJ) |
| Debtor. | ) ) ) | |
| Tax I.D. No. 59-0914138 | ) ) | |
| In re: | ) ) ) | Chapter 11 |
| FD MANAGEMENT, INC., | ) ) | Case No. 22-10765 (DSJ) |
| Debtor. | ) ) ) | |
| Tax I.D. No. 51-0406398 | ) ) | |
| In re: | ) ) ) | Chapter 11 |
| NORTH AMERICA REVSALE INC., | ) ) | Case No. 22-10768 (DSJ) |
| Debtor. | ) ) ) | |
| Tax I.D. No. 13-1953730 | ) ) | |
| In re: | ) ) ) | Chapter 11 |
| OPP PRODUCTS, INC., | ) ) | Case No. 22-10769 (DSJ) |
| Debtor. | ) ) ) | |
| Tax I.D. No. 27-4403060 | ) ) ) | |
| In re: | ) ) ) | Chapter 11 |
| PPI TWO CORPORATION, | ) ) | Case No. 22-10787 (DSJ) |

7

|  |  |  |
|---|---|---|
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |
| | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| RDEN MANAGEMENT, INC., | ) | Case No. 22-10772 (DSJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 90-0119805 | ) | |
| | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| REALISTIC ROUX PROFESSIONAL PRODUCTS INC., | ) | Case No. 22-10775 (DSJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 35-2519501 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| REVLON PROFESSIONAL HOLDING COMPANY LLC | ) | Case No. 22-10788 (DSJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 11-3534535 | )) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| REVLON CANADA INC., | ) | Case No. 22-10799 (DSJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |
| | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| REVLON CONSUMER PRODUCTS CORPORATION, | ) | Case No. 22-10766 (DSJ) |

|  |  |  |
|---|---|---|
| Debtor. | ) | |
| Tax I.D. No. 13-3662953 | ) | |
|  | ) | |
| In re: | ) | Chapter 11 |
| REVLON DEVELOPMENT CORP., | ) | Case No. 22-10778 (DSJ) |
| Debtor. | ) | |
| Tax I.D. No. 48-1283986 | ) | |
|  | ) | |
| In re: | ) | Chapter 11 |
| REVLON GOVERNMENT SALES, INC., | ) | Case No. 22-10781 (DSJ) |
| Debtor. | ) | |
| Tax I.D. No. 13-2893624 | ) | |
|  | ) | |
| In re: | ) | Chapter 11 |
| REVLON INTERNATIONAL CORPORATION, | ) | Case No. 22-10785 (DSJ) |
| Debtor. | ) | |
| Tax I.D. No. 13-6157771 | ) | |
|  | ) | |
| In re: | ) | Chapter 11 |
| REVLON (PUERTO RICO) INC., | ) | Case No. 22-10790 (DSJ) |
| Debtor. | ) | |
| Tax I.D. No. N/A | ) | |
|  | ) | |
| In re: | ) | Chapter 11 |
| RIROS CORPORATION, | ) | Case No. 22-10791 (DSJ) |

9

22-10788-dsj    Doc 3    Filed 06/16/22    Entered 06/16/22 17:38:57    Main Document
Pg 10 of 14

| | | |
|---|---|---|
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 13-4030700 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| RIROS GROUP INC., | ) | Case No. 22-10794 (DSJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 13-4034499 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| RML, LLC, | ) | Case No. 22-10784 (DSJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ROUX LABORATORIES, INC., | ) | Case No. 22-10776 (DSJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 13-1537427 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ROUX PROPERTIES JACKSONVILLE, LLC, | ) | Case No. 22-10779 (DSJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 46-3691132 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SINFULCOLORS INC., | ) | Case No. 22-10782 (DSJ) |
| | ) | |
| Debtor. | ) | |

10

Tax I.D. No. 27-4403478    )
_____    )

## ORDER (A) DIRECTING JOINT ADMINISTRATION
## OF CHAPTER 11 CASES AND (B) GRANTING RELATED RELIEF

Upon the motion (the "Motion")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") (a) directing the joint administration of the Debtors' chapter 11 cases for procedural purposes only and (b) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the Southern District of New York*, dated January 31, 2012; and this Court having the power to enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.  The Motion is granted as set forth herein.

2.  The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 22-10760 (DSJ).

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

3.   The caption of the jointly administered cases should read as follows:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| REVLON, INC., *et al.*,[1] | ) ) ) | Case No. 22-10760 (DSJ) |
| Debtors. | ) ) ) | (Jointly Administered) |

---

1   The last four digits of Debtor Revlon, Inc.'s tax identification number are 2955. Due to the large number of debtor entities in these Chapter 11 Cases, for which the Debtors have requested joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/Revlon. The location of the Debtors' service address for purposes of these Chapter 11 Cases is: One New York Plaza, New York, NY 10004.

4.   The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

5.   A docket entry, substantially similar to the following, shall be entered on the docket of each of the Debtors other than Revlon, Inc. to reflect the joint administration of these chapter 11 cases:

> An order has been entered in accordance with rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the joint administration of the chapter 11 cases of: Revlon, Inc., Case No. 22-10760 (DSJ); Almay, Inc., Case No. 22-10770 (DSJ); Art & Science, Ltd., Case No. 22-10774 (DSJ); Bari Cosmetics, Ltd., Case No. 22-10786 (DSJ); Beautyge Brands USA, Inc., Case No. 22-10795 (DSJ); Beautyge I, Case No. 22-10801 (DSJ); Beautyge II, LLC, Case No. 22-10803; Beautyge U.S.A., Inc., Case No. 22-10800 (DSJ); BrandCo Almay 2020 LLC, Case No. 22-10762 (DSJ); BrandCo Charlie 2020 LLC, Case No. 22-10764 (DSJ); BrandCo CND 2020 LLC, Case No. 22-10767 (DSJ); BrandCo Curve 2020 LLC, Case No. 22-10771 (DSJ); BrandCo Elizabeth Arden 2020 LLC, Case No. 22-10773 (DSJ); BrandCo Giorgio Beverly Hills 2020 LLC, Case No. 22-10777 (DSJ); BrandCo Halston 2020 LLC, Case No. 22-10780 (DSJ); BrandCo Jean Nate

2020 LLC, Case No. 22-10783 (DSJ); BrandCo Mitchum 2020 LLC, Case No. 22-10789 (DSJ); BrandCo Multicultural Group 2020 LLC, Case No. 22-10792 (DSJ); BrandCo PS 2020 LLC, Case No. 22-10797 (DSJ); BrandCo White Shoulders 2020 LLC, Case No. 22-10798 (DSJ); Charles Revson Inc., Case No. 22-10802 (DSJ); Creative Nail Design, Inc., Case No. 22-10804 (DSJ); Cutex, Inc., Case No. 22-10805 (DSJ); DF Enterprises, Inc., Case No. 22-10806 (DSJ); Elizabeth Arden (Canada) Limited, Case No. 22-10796 (DSJ); Elizabeth Arden (Financing), Inc., Case No. 22-10807 (DSJ); Elizabeth Arden (UK) Ltd., Case No. 22-10793 (DSJ); Elizabeth Arden Investments, LLC, Case No. 22-10808 (DSJ); Elizabeth Arden NM, LLC, Case No. 22- 10809 (DSJ); Elizabeth Arden Travel Retail, Inc., Case No. 22- 10810 (DSJ); Elizabeth Arden USC, LLC, Case No. 22-10761 (DSJ); Elizabeth Arden, Inc., Case No. 22-10763 (DSJ); FD Management, Inc., Case No. 22-10765 (DSJ); North America Revsale Inc., Case No. 22-10768 (DSJ); PPI Two Corporation, Case No. 22-10787 (DSJ); OPP Products, Inc., Case No. 22-10769 (DSJ); RDEN Management, Inc., Case No. 22-10772 (DSJ); Realistic Roux Professional Products Inc., Case No. 22-10775 (DSJ); Revlon Canada Inc., Case No. 22-10799 (DSJ); Revlon Consumer Products Corporation, Case No. 22-10766 (DSJ); Revlon Development Corp., Case No. 22-10778 (DSJ); Revlon Government Sales, Inc., Case No. 22-10781 (DSJ); Revlon International Corporation, Case No. 22- 10785 (DSJ); Revlon Professional Holding Company LLC, Case No. 22-10788 (DSJ); Revlon (Puerto Rico), Inc. Case No. 22-10790 (DSJ); Riros Corporation, Case No. 20-10791 (DSJ); Riros Group Inc., Case No. 22-10794 (DSJ); RML, LLC, Case No. 22-10784 (DSJ); Roux Laboratories, Inc., Case No. 22-10776 (DSJ); Roux Properties Jacksonville, LLC, Case No. 22-10779 (DSJ); SinfulColors Inc., Case No. 22-10782 (DSJ). All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 22-10760 (DSJ).

6. One consolidated docket, one file, and one consolidated service list shall be maintained by the Debtors and kept by the Clerk of the Court with the assistance of the claims and noticing agent retained by the Debtors in these chapter 11 cases.

7. The Debtors shall file their monthly operating reports required by the *Operating Guidelines and Reporting Requirements for Debtors in Possession and Trustees*, issued by the U.S. Trustee, in accordance with the applicable Instructions for UST Form 11-MOR: Monthly Operating Report and Supporting Documentation.

13

8. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

9. Nothing contained in this Order shall be deemed or construed as conferring standing on any party in interest in any Debtor's chapter 11 case to appear in any other Debtor's chapter 11 case absent any such right under section 1109 of the Bankruptcy Code or other applicable law.

10. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of Bankruptcy Rules and the Local Rules are satisfied by such notice.

11. The Debtors are authorized to take all reasonable actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

12. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: New York, New York
      June 16, 2022

                                    *s/ David S. Jones*
                                  HONORABLE DAVID S. JONES
                                  UNITED STATES BANKRUPTCY JUDGE